

**IN THE**
**TENTH COURT OF APPEALS**

———————————

**No. 10-22-00307-CV**

**IN RE GEORGE BERGIN**

———————————

**Original Proceeding**

———————————

**From the 414th District Court**
**McLennan County, Texas**
**Trial Court No. 2022-2156-5**

---

## MEMORANDUM OPINION

---

Relator George Bergin's petition for writ of mandamus filed on September 21,

2022, is denied.


                                        STEVE SMITH
                                        Justice


Before Chief Justice Gray,
        Justice Johnson,
        and Justice Smith,
Petition denied
Opinion delivered and filed November 9, 2022
[OT06]

